AO91 (Rev. 12/03)   Criminal Complaint                                            AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**             **CRIMINAL COMPLAINT**
vs.

Israel MARCIAL-Aracen                        Case Number: 1:19-po-1741
A203 476 129  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __March 21, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on March 21, 2019. The defendant is a citizen of Mexico who entered the United States illegally by rafting across the Rio Grande River near Brownsville, Texas on March 21, 2019 thus avoiding immigration inspection.

Defendant had $1 USD and 80 Mexican pesos in his possession at he time of arrest.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Roman, Adolfo  Border Patrol Agent
Signature of Complainant

Roman, Adolfo    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 23, 2019                                    at        Brownsville, Texas
Date                                                         City/State

Ignacio Torteya III           U.S. Magistrate Judge
Name of Judge                 Title of Judge                Signature of Judge